HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
WEI WANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEI WANG,<br><br>Petitioner,<br><br>vs.<br><br>CHRISTOPHER CHESTNUT, WARDEN, CALIFORNIA CITY DETENTION FACILITY ET AL<br><br>Respondents. | Case No. 1:26-cv-03911-DC-AC<br><br>[~~PROPOSED~~] ORDER SEALING DOCUMENTS AS SET FORTH IN PETITIONER'S NOTICE |

IT IS HEREBY ORDERED that petitioner's request to seal is granted. The three page document referenced in the request is SEALED until further order of this Court.

DATED: October 5, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE