IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEI WANG,<br>Petitioner,<br>vs.<br>CHRISTOPHER CHESTNUT, WARDEN, CALIFORNIA CITY DETENTION FACILITY ET AL<br>Respondents. | Case No. 1:26-cv-03911-DC-AC<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN PETITIONER'S NOTICE |

IT IS HEREBY ORDERED that petitioner's request to seal is granted, and the three-page document referenced in the request shall be SEALED until further order of this Court.

DATED: November 20, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE